**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BOUTTE,<br><br>    Plaintiff,<br><br>  v.<br><br>EXPERION,<br><br>    Defendant.<br>_____<br><br>JOHN BOUTTE,<br><br>    Plaintiff,<br><br>  v.<br><br>EXPERIAN INFORMATION SYSTEM, INC.,,<br><br>    Defendant.<br>_____/ | No. 06-07454 MHP<br><br><br><br><br><br><br><br>No. 07-05271 CW<br><br>JUDICIAL REFERRAL<br>FOR PURPOSE OF<br>DETERMINING<br>RELATIONSHIP OF<br>CASES |

    Pursuant to Civil L.R. 3-12(c), this Court, *sua sponte*, refers the above-captioned cases to District Judge Marilyn Hall Patel to consider whether these cases are related.  Parties shall file any response in opposition to or in support of relating the cases within five (5) days of receipt of this Order.

    3/24/08

Dated _____          _____
                                        CLAUDIA WILKEN
                                        United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

BOUTTE et al,

    Plaintiff,

v.

EXPERIAN INFORMATION SYSTEM, INC. et al,

    Defendant.

Case Number: CV07-05271 CW
CV06-07454 MPH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 24, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

John Boutte
225 Berry Street, #303
San Francisco, CA 94107

Brian James Recor M
Jones Day
3 Park Plaza, Suite 1100
Irvine, CA 92614

Dated: March 24, 2008

Richard W. Wieking, Clerk
By: Sheilah Cahill, Deputy Clerk

2